**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

AL-GHENA INTERNATIONAL CORP. and      Case No.:
SHAIRCO FOR TRADING, INDUSTRY, AND
CONTRACTING,

     Plaintiffs,

v.

TALAT RADWAN and 10TH STREET 1785,
INC.,

     Defendants.

_____/

## COMPLAINT

Plaintiffs, AL-GHENA INTERNATIONAL CORP., a corporation of the Commonwealth

of Dominica, and SHAIRCO FOR TRADING, INDUSTRY AND CONTRACTING, a

corporation of the Kingdom of Saudi Arabia, by and through their undersigned counsel, hereby

file this Complaint against the Defendants, TALAT RADWAN and 10th Street 1785, Inc., and

state as follows

### JURISDICTION AND VENUE

1. Plaintiff, Al-Ghena International Corp. ("Al-Ghena"), is a corporation of the

Commonwealth of Dominica, having its principle place of business in the State of Kuwait at

Fahed Al Salem Street, Al-Nassar Tower, Al-Qibla, Kuwait.

2. Plaintiff, Shairco for Trading, Industry and Contracting ("Shairco"), is a corporation of

the Kingdom of Saudi Arabia, having its principle place of business at the Shairco Building,

Arafat Street, Al Hamraa District, Jeddah 21413, Saudi Arabia.

3. Defendant, Talat Radwan ("Radwan"), is a citizen of the state of California.

4. Defendant, 10th Street 1785, Inc. ("10th Street"), is a Florida corporation formed on April 12, 2010, having its registered address at 1785 SE 10th Street, Fort Lauderdale, Florida 33316.

5. Based upon the official records of the Florida Department of State, 10th Street's President and registered agent is Natasha Radwan, the daughter of Defendant Talat Radwan (Exhibit A).

6. Upon information and belief, 10th Street is owned either by Talat Radwan, Natasha Radwan, or some combination of members of Talat Radwan's family.

7. Upon information and belief, Talat Radwan is a director, officer, and/or person in control of 10th Street.

8. The amount in controversy in this action is in excess of $75,000.00, exclusive of interest, attorney's fees and costs.

9. Based upon the citizenship of the parties, this Court has diversity jurisdiction over the action pursuant to 28 U. S. C. § 1332.

10 Venue is proper pursuant to 28 U. S. C. § 1391, as defendant 10th Street has its principal address in Broward County, which is also the location of the real estate that is the subject of this fraudulent transfer action.

**COUNT ONE**
**Fraudulent Transfer, Fla. Stat. § 726.105(1)(a)**

11 The allegations contained in Paragraphs 1-10 of this Complaint are hereby realleged and incorporated.

12. At the times relevant to this Complaint, each of the plaintiffs was a creditor having a claim against Talat Radwan, as those terms are defined by Fla Stat § 726.102(3) and (4) respectively, by virtue of the claims asserted by them against Radwan in an action pending in the United States District Court for the Southern District of Florida under Docket No. 13-61557-Civ-Dimitroulkas/ Snow. Plaintiffs hereby incorporate by reference the allegations of the Third Amended Complaint filed in that action.

13. Based upon the official records of Broward County, on or about April 3, 2007, Talat Radwan purchased real estate in Broward County with the legal description, "Rio Vista Isles Unit 5 8-7 B Lot 37, 38 Blk 15" ("the Property"), for $3,400,000. (Exhibit B)

14. Based upon the official records of Broward County, on April 26, 2010, Radwan transferred ownership of the property to 10th Street, for a stated consideration of $3,851,300 (Exhibit C)

15. The transfer by Radwan was made with the actual intent to hinder, delay, and defraud Plaintiffs as creditors of Talat Radwan, all in violation of Fla. Stat. §726.105(1)(a).

16. The indicia of Radwan's actual intent to hinder, delay, and defraud Plaintiffs as creditors include, but are not limited to, each of the following considerations:

(a) The transfer was to an insider, as that term is defined by Fla. Stat. § 726.102(7)(a)(4), by virtue of Radwan's concealed status as a director, officer, or person in control of 10th Street;

(b) Upon information and belief, Radwan retained possession and control of the property after the transfer;

(c) The transfer was made to a corporation rather than an individual in order to conceal the true nature of the transaction, the fact that the Property was transferred to an insider, and the fact that Radwan retained possession and control over the Property;

-3-

(d) At the time of the transfer, Radwan was aware of the potential for litigation with the plaintiffs over the project known as Cortez Property Development, as evidenced by a document captioned "Cortez Project Investment Summary" sent to Plaintiffs by Radwan's son, Jason Radwan, in 2010. The aforementioned document contained numerous misrepresentations of fact designed to conceal from Plaintiffs numerous acts of fraud and deceit on the part of Radwan and his son;

(e) Upon information and belief, in 2010 and thereafter, both Radwan and his son, Jason Radwan, concealed numerous other assets by engaging in fraudulent transfers of real property;

(f) Upon information and belief, Radwan did not receive payment of the $3,851,300 that was the stated value of the consideration for the transfer; and to the extent that Radwan received any mortgage, promissory note, or other promise of future payment of the purchase price or of any part thereof, such consideration constitutes only an unperformed promise, and is therefore not a part of the "value" received by Radwan for the transfer, as that term is defined by Fla. Stat. § 726.104(1);

(g) Upon information and belief, Radwan became insolvent as a result of the transfer of the property to 10th Street, either by itself or in combination with other fraudulent transfers made by Radwan.

17. The corporation known as 10th Street did not take the transfer of the Property in good faith or for reasonably equivalent value, as those terms are used in Fla. Stat. § 726.104(1).

18. Plaintiffs first discovered the transfer of the Property on September 10, 2014, within one year prior to the filing of this Complaint, and the Complaint is therefore timely pursuant to the provisions of Fla. Stat. § 726.110(1).

WHEREFORE, pursuant to the provisions of Fla. Stat. § 726.108, Plaintiffs hereby demand judgment for the following relief:

(a)    Avoidance of the transfer of the Property to the extent necessary to satisfy the Plaintiffs' claims;

(b)    An attachment and other provisional remedies against the Property;

(c)    An injunction against further disposition of the Property either by Radwan or by 10th Street;

(d)    Appointment of a receiver to take charge of the Property; and

(e)    Such other relief the circumstances may require

Dated: September 29, 2014.

**TRIPP SCOTT, P.A.**
*Attorneys for Plaintiff*
110 SE 6th St, 15th Floor
Fort Lauderdale, FL, 33301
Tel: 954-525-7500
Fax. 954-761-8475

By: _/s/ Paul O. Lopez_____
Paul O. Lopez, Esq., FBN: 983314
(pol@trippscott.com; tlk@trippscott com)
Ryan H. Lehrer, Esq., FBN: 0084423
(rhl@trippscott.com; sxc@trippscott.com)

EXHIBIT A



## Detail by Entity Name

Florida Profit Corporation

10TH STREET 1785, INC.

Filing Information

| | |
|---|---|
| **Document Number** | P10000031803 |
| **FEI/EIN Number** | 272365451 |
| **Date Filed** | 04/12/2010 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 11/01/2011 |
| **Event Effective Date** | NONE |

Principal Address

1785 SE 10TH STREET
FORT LAUDERDALE, FL 33316

Mailing Address

PO BOX 3989
MISSION VIEJO, CA 92692

Registered Agent Name & Address

RADWAN, NATASHA
1785 SE 10TH STREET
FT LAUDERDALE, FL 33316

Name Changed: 12/16/2011

Officer/Director Detail

**Name & Address**

Title P

RADWAN, NATASHA
1785 SE 10TH STREET
FT LAUDERDALE, FL 33316

Title VP

Atta Aly, Osama
1785 SE 10TH STREET
FT LAUDERDALE, FL 33316

Detail by Entity Name

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2012 | 04/11/2012 |
| 2013 | 01/28/2013 |
| 2014 | 02/12/2014 |

**Document Images**

| | |
| --- | --- |
| 02/12/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2012 -- ANNUAL REPORT | View image in PDF format |
| 12/16/2011 -- ANNUAL REPORT | View image in PDF format |
| 11/01/2011 -- REINSTATEMENT | View image in PDF format |
| 04/12/2010 -- Domestic Profit | View image in PDF format |

Copyright © and Privacy Policies

State of Florida, Department of State

EXHIBIT B

Document Detail For Records (Left Frame)                                              Page 1 of 1

Result Row:      ◁Prev   14 of 26   Next▷
Instrument #    ◁Prev   106962410   Next▷
Document Navigation by Pages:
◁Previous Document ~ Next Document▷
Booktype: Official Records
Book: 43838    Page: 233        Jump To

| | |
|---|---|
| **Document Type:** | (D) Deed Transfers of Real Property |
| **Record Date :** | 4/3/2007 10:20:40 AM |
| **Grantor:** | STEVENS,EVELYN P |
| **Grantee:** | RADWAN,TALAT |
| **Book Type:** | O |
| **Book / Page:** | 43838 / 233 |
| **# of Pages:** | 1 |
| **Consideration:** | 3,400,000.00 |
| **Legal:** | L37,38,B15,RIO VISTA UNIT NUMBER FIVE,8/7 |
| **Ref#** | 0 |

*Note: Empty fields are not shown*
<u>Direct External Link to this Document</u>

EXHIBIT C

Document Detail For Records (Left Frame)                                    Page 1 of 1

Result Row:        ◁Prev   1 of 26   Next▷
Instrument #   ◁Prev   109290708   Next▷
Document Navigation by Pages:
◁Previous Document – Next Document▷
Booktype: Official Records
Book: 47036   Page: 1551   Jump To

| | |
|---|---|
| Document Type: | (D) Deed Transfers of Real Property |
| Record Date : | 4/26/2010 7:39:13 AM |
| Grantor: | RADWAN,TALAT |
| Grantee: | 10TH STREET 1785 INC |
| Book Type: | O |
| Book / Page: | 47036 / 1551 |
| # of Pages: | 2 |
| Consideration: | 3,851,300 00 |
| Legal: | RIO VISTA ISLES UNIT 5 8-7 B LOT 37,38 BLK 15 |
| Parcel Id: | Property Appraiser - 504211220930<br>Property Tax Record - 504211220930 |

Note: Empty fields are not shown
Direct External Link to this Document